**FIRST GRAPHICS, INC.,**
**Plaintiff–Appellant,**

v.

**M.E.P. CAD, INC., Defendant–Appellee.**

No. 02–1469.

United States Court of Appeals, Federal Circuit.

DECIDED: April 10, 2003.

Rehearing Denied May 6, 2003.

Before RADER, Circuit Judge, PLAGER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.